IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA

Derek Burns 18840 NW Rock Creek Bvld. Apt. 290 Portland, Or 97229. Ph. 225-235-2626

VS: Baton Rouge Police Department  9000 Airline Hwy, Baton Rouge, LA 70815

I want to show intent to sue the Baton Rouge Police Department for violating my civil rights for targeting, investigating, and arresting me for crimes that I did not commit. This is stemming from 2 arrests in 2012 accusing me of injuring public records while I was working as a Baton Rouge Police Officer and I was subsequently terminated from employment. The arrest/charges were ultimately dropped by the EBR DAs office. I was told by my criminal defense attorney that I could not file a civil rights case until after my Civil Service Appeal to get rehired by the Police Department was heard and that in the eyes of Federal Court the Civil Service Boards decision would be considered my remedy to my rights being violated. The Civil Service Board voted against reinstatement and the subsequent appeals went up to the 1st Circuit Court of Appeals which ultimately denied me being reinstated. This last appeal ended in December of 2021.

In the time since then Ive been attempting to obtain a lawyer for a Civil Rights Violations lawsuit. I have sent emails and placed phone calls to numerous attorneys in the Baton Rouge area. My criminal defense attorney said that he does not handle civil rights cases. The attorney that handled my Civil Service appeal (the BR Union of Police attorney) said that he was too busy to take on a case like this. When asked neither of the attorneys offered anyone that would be willing to refer me to. In the time since my Civil Service Appeals were exhausted I have attempted to contact every attorney listed on the web in the Baton Rouge area that handles Civil Rights cases. I even contacted some attorneys in the New Orleans and Lafayette areas. I never heard back from any of them. I was able to have a conversation with an aide of attorney Jill Craft once because the aid was a friend of my mom. As soon as Mrs. Craft heard the case was about me even my mothers friend stopped speaking to me. I feel like I have been purposely ignored by these attorneys in an effort to thwart my proceeding with this case.

In the years since this has happened to me it has been well documented and reported on that there are major problems with the way the administration of the Baton Rouge Police Department handles internal and criminal investigations involving its officers. They even clearly violated my Police Officer bill of rights in addition to my civil rights several times which the Civil Service Board ignored. The corruption there runs deep. I am asking for any help that the court can give in this matter to help locate an attorney for me. It is a very complicated case. I also know that timelines matter and want to show intent that I want to sue and to make sure that I still can even though its been so long. I have been trying hard to obtain counsel and if timelines were missed it was only because I cannot find anyone to represent me and I would hope the court would consider this. In the meantime I will begin the process of filing the suit pro se in case the court is unable to assist me in finding counsel that is willing to represent me.

Thanks for any help that you can give,
Derek Burns

RECEIVED
JUL 11 2022
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK



PORTLAND OR 972
SCREENED
OK
U.S. MARSHAL

Russell B. Long Federal Building
777 Florida St.
Suite 139
Baton Rouge, La 70801

Derek Burns
18040 NW Rock Creek Blvd
#290
Portland Or 97229