## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**DEREK BURNS**

**VERSUS**

**BATON ROUGE POLICE DEPARTMENT**

**CIVIL ACTION**

**NO. 22-466-JWD-SDJ**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated April 15, 2024 (Doc. 3), to which no objection was filed;

**IT IS ORDERED** that Plaintiff's action is DISMISSED without prejudice for failure to prosecute under Local Civil Rule 41(b).

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on May 1, 2024.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**